Name ___Hakam Singh___

Mailing address ___P.O. Box 1253___

City, State, Zip ___Kodiak,___

___Alaska, 99615___

Telephone

RECEIVED

NOV 08 2016

Clerk, U.S. District Court
Anchorage, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

___Hakam Singh___,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

___Ashton B. Carter___,

___Secretary of Defense___

___(Defense Commissary Agency)___

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:16-cv-0261-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

___U.S. Government Defendant___

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of ___Hakam Singh___
(print your name)

who presently resides at ___P.O. Box 1253 Kodiak, AK 99615___
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Ashton B. Carter* is a citizen of
(name)
_U.S._, and is employed as a *Secretary of Defense*
(state)                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:16-cv-00261-RRB    Document 1    Filed 11/08/16    Page 2 of 17

Honorable Judge

My name is Hakam Singh, I am working with Defense Commissary Agency as a Contract Monitor (QAE) since December 2008. It is a permanent federal position and currently I am working at Kodiak Commissary Alaska.

My first two years at Kodiak Commissary were great, for both years my work performance appraisal was outstanding. As it is very common in government jobs, the managers keep moving to catch the next step of their promotion. Someone may be did not like me and problems started. I informed my superiors about the problems I have been going through but no action was taken. I informed the higher authorities, but no action was taken. There was no departmental inquiry/investigation. Finally, I filed EEO complaint. Since than the managements have been kicking me like a soccer ball. As retaliation, they put me in lot of troubles. (the summery of my complaint is attached)

DeCA agency has tolerated and continues to tolerate racially discriminatory conduct of the management; failing to implement and enforce policies related to anti-discrimination; failing to train the management to prevent racially discriminatory conduct towards it employees. Failing to supervise the management to prevent racially discriminatory conduct related to its employees. Failing to monitor adequately who engage in or may likely to engage in racially discriminatory conduct. Failing to establish a procedure whereby all civilian complaints are documented and are investigated and adjudicated adequately and failing to discipline adequately the management, who engage in racially discriminatory conduct.

Harm – Hurts – stressed Physically Emotionally and Financially.

HS

## SUMMARY OF MY COMPLAINT
## (FROM THE REBUTTAL)
## DURING THE FEDERAL INVESTIGATION

*Claim #* 1. *Lunch break* – I was told that the previous QAEs were taking their lunch break between 5.30 to 6.00 pm. Mr. Lynn, the ex-Grocery Manager used to let me take my lunch break same time (5.30 – 6.00). Contractor used to finish their daily task around 5.00pm and we used to load the last truck and close the warehouse at 5.30pm. Ms. Connie Slaughter (Store Director) changed the warehouse closing time from 5.30 to 5.50pm and took my lunch break. She let all other employees take their lunch break, why she did not let me take my break? I was working eight and half hours and was getting paid only for eight hours. On September 7, 2012 when I protested, she changed my schedule from 3.30 pm to midnight to 4.00 pm to midnight 20 minutes lunch on the go included. (discrimination, harassment)

*Claim #* 2. *Time-in-Grade* - I was promoted early, so that I should not meet "time-in-grade" requirement which was 52 weeks on that grade, but I earned only 49 weeks in that sense. Ms. Connie told me that she do not want to hear any complaint from me, I can call the HR. She gave me the telephone number of Ms. Karina Hurly who was handling my HR account. When I talked to her she get mad and told me that if I

keep complaining, she will put freeze on my account and nobody will hire me for a new position. (disadvantage, harm, discrimination)

Claim # 3. *Switching-off-Lights* – I have been working since April 2010 at this commissary store same permanent schedule; I never cut off those lights, the KSS contractor's custodial works every evening, when they finished, before they go, they cut those lights off. Those lights are not even in our jurisdiction. But suddenly, on August 31st, 2012, Ms. Connie ordered me to go to third floor and cut those lights every day before I go home. After I file a complaint with EEO at DeCA Agency, somebody told the custodial to resume that task as they were doing before. (discrimination and harassment.) (IF P.57)

Claim # 4. *Use-of-Office Desk* – For last two years I have been working night shift and every night when the contractor's night stockers finished the shift work, and left, I used to come to my desk and do the paper work for that night may be for half an hour. Within few hours left, I have to accomplish – Random Sample Surveillance, Case Count, Overwrite cases, Write down expired/damaged merchandise, Check facing and walk through with contractor. Walkthrough observation and documentation, Check and secure all the door alarms and door locks, Put plastic curtains on the chill (open chest) displays and ensure that

store is ready to open for the next day business. On September 11, 2012, I was ordered by the management that I cannot use my office desk even for half an hour. I have to stay on sales floor with contractor till mid night for every night onwards. (unreasonably interfering with work environment, discrimination, harassment) (IF. P. 57)

Claim # 5. *Access to DIBS* – When I came to Kodiak, Ms. Tammy, ex-secretary gave me the access to the DIBS; after few weeks when Ms. Connie find out that I got access, she told Tammy that "hakam do not need access to the DIBS. Again, when I complaint to Ms. Victoria Best-Rush that I need access to the DIBS so that I can check the prices of expired items and keep my sheet updated (because the management reprimanded me for not keeping that sheet updated, it was a big issue for them) Ms. Victoria stressed to Ms. Connie to give me the access, Ms. Connie refused to do so in my presence and told her that "hakam do not need access to DIBS." Ms. Victoria told Ms. Connie in an ordering tone to give me the access. Finally, Ms. Angela gave me the access to the DIBS on January 30, 2013. That access was limited to the hand gun only, not the computer. After next few days, one of my co-workers (Shally) shown me a little device called "pricer" that I can

check prices anytime with a push button, no need for DIBS access. She was angel for me. The management has been using that instrument for more than a year but they never introduced me. (disadvantaged, discrimination, harassment) (IF.P.58)

Claim# 6. *ACCESS TO-eDERMAS/WAWF* – Both are new systems, have websites to be used by the contracting. QAEs are required to complete the training and the store director will send the recommendations to grant the access from the headoffice. Important part of the access is that QAE approves the DD250 submitted by the contractor online to the contracting for payment. Ms. Connie sent her secretary name and assigned that part of my job to Cassie, her secretary. Management told me that I do not need to get any training on that part. I have been preparing and approving DD250 for more than two years, on time without error. (discrimination, disadvantaged) (IF. P. 52)

Claim # 7. *Refrigeration Alarm* – When I came from warehouse, it was about 6.00pm; Ms. Cassie told me that KSS mechanics are working on the faulty freezer display cases and alarm have been going off and on many times – so disregard if alarm went off. From 6.00pm to 6.30pm is the busiest time for me, because that time I receive delivery, identify if any damage product, do physical case count with contractor

and released all the cases to the contractor for shelf stocking. The management track down that the alarm went off between 6.00pm to 6.30pm. Grocery Manager Ms. Angela Jones was in the office with Cassie up to 6.30pm. Both they ignored the alarm. On floor we cannot hear the alarm. I was unaware of it. Both they were off the hook, and blame was imposed on me. (imputing liability, discrimination, retaliation) *Significantly, the incident was happened in May 2012, I filed case in September 2012, they decided to give me letter of reprimanded in December 2012.* (IF.P.58)

claim # 8. *Exit from the back-door* - for more than a year, I was directed to go back from the BACK-DOOR at the end of my shift when I am leaving the building. It was very embarrassing and scary; everybody was asking me why I have been asked to go from the back door. I have no idea why? Every employee use the front door, I was the only one asked to use the back door to exit the building at mid-night. (hostile working environment, harassment, discrimination)

claim # 9.8. *Work performance appraisal* – my previous two years work performance appraisal was "out-standing," after my EEO complaint, next work performance was bring down to excellent and the last one was satisfactory. The next coming one may be "not met" or

"unsatisfactory."(discrimination, harassment with a bad purpose, retaliation)

claim#9. 10 *How much Seriousness required* – on December 27, 2012, when I reached to the warehouse, I saw that contractor was pulling the cases from the racks and loading them on the U-Boat as usual. I started my observation surveillance walkthrough. I saw Ms. Angela Jones standing behind a loaded U-Boat. When I reached there, she told me to push that U-Boat to the loading dock. I replied her that it is not my job, it is contractor's job and I do not want to interfere with contractor's work. She said that she already pushed one; if she can push – why I cannot push. I refused to her that I do not want to because it is not my job. Argument started and went to the extent that I was feeling like I was going to fall. Both we were close to a physical fight. Probably, that was the intent of the management to aggravate me up to that level that I should come down to fight – so that they can police and can fire me. Thanked God it did not happen. When I reached to the Commissary, I told Ms. Connie all about the incident and also told her that I am not feeling well and I need medical help. She called the fire ambulance from the base; they checked my BP and performed EKG and they advised Ms. Connie that I need to be sent to

the hospital immediately. Ms. Connie gave me ok to go to the local hospital where they kept me overnight and run some more tests. The following day, they medevac me to Anchorage; doctors find out that I had a mild heart attack. They performed heart procedure. I was recovered with His grace and released from the hospital on New Year. I complained Ms. Connie many times about Ms. Angela's rude, aggravated and abusive behavior No action was taken. (harassment, aggravation, retaliation, administrative misconduct) (IF. P. 58-59)

claim # 11 HS 10. *Declaration under Penalty of Perjury* – in the questionnaire of Federal Investigation on page 12 of 16, Ms. Connie stated that she had meeting with Angela Jones and Hakam Singh on December 28, 2012; it is **not true**, due to the incident of December 27, 2012, there was no meeting, because I was in the hospital and they medevac me to Anchorage, where the doctors performed a heart procedure on me. (IF. P. 72)

claim # 12 HS 11. *How much sympathy-civility* – When I returned back from one week bed rest, none of the manager said even hello, on above that, Angela Jones have a letter of suspension for me to cover her mess. It was later on mitigated by Ms. Victoria Best-Rush. (retaliation, misuse of power)

claim #. 12. *Warehouse Fire Exit Door* – On April 29, I was blamed that I left the fire exit door opened passed night and it was subjecting to theft. When next day, I stopped by the Mill Pol, and asked them that if they know anything about the fire exit door opened, they said they never seen anything opened last night during their vigilance patrol. Somebody in the morning intentionally left opened to set me up for a big trouble. (imputing liability, retaliation, administrative misconduct and harassment) (IF. P. 59)

In the year 2011, DeCA CEO and Director visited Kodiak Commissary. Three workers were selected to be receiving a Coin of Excellence from the CEO. A protocol was prepared and read out for three people. Two (white) received the coin of excellence from the CEO; when I was introduce, no body hand the CEO the coin so that he could give me. He not only shakes hand with me but also hug me. Although, I did not get the coin of excellence but I appreciate the humbleness of the CEO. He was very pleased with my work that I oversee. When he went back to the Head office, he sent me his personal letter of appreciation.

In the beginning of the trouble days, I went to see Ms. Connie in her office to ask her if I am doing anything wrong. Humbly I was begging her to let me know what wrong I am doing; she always says "hakam, you

are kuku, I have nothing to do with you. I am done with you. I always come out of her office with embarrassment but no interaction because I did not know the meaning of kuku.

Sincerely

Hakam Singh, QAE, Kodiak Commissary, DeCA West

<u>Claim 1</u>: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

*Please See the attachment pages 3A to 12A*

HS

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

<u>Claim 2</u>: On or about _____ , my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7

<u>Claim 3</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc. List <strong>only one</strong> violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

Case 3:16-cv-00261-RRB    Document 1    Filed 11/08/16    Page 16 of 17

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. ____✓___ Yes _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.
*(including inserted pages 3A to 12A)* HS


Executed at ___*Anchorage, Alaska*___ on __11·08·16____
                   (Location)                   (Date)

_____
      (Plaintiff's Original Signature)


_____    _____
Original Signature of Attorney (if any)         (Date)


_____

_____

_____

Attorney's Address and Telephone Number